IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

      Plaintiff,                      No. CIV S-05-0060 DFL GGH P

      vs.

DR. B. WILLIAMS, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On June 17, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant T. Frates was returned unserved because "Returned unexecuted. CDC unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1         Accordingly, IT IS HEREBY ORDERED that:

2         1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3 along with an instruction sheet and a copy of the complaint filed January 11, 2005;

4         2. Within sixty days from the date of this order, plaintiff shall complete and

5 submit the attached Notice of Submission of Documents to the court, with the following

6 documents:

7             a. One completed USM-285 form for defendant T. Frates;

8             b. Two copies of the endorsed complaint filed January 11, 2005; and

9             c. One completed summons form (if not previously provided)

10 or show good cause why he cannot provide such information.

11 DATED: 8/17/05

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:bb
reed0060.8e

1
2
3
4
5
6
7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  RONALD REED,

11          Plaintiff,                    No. CIV S-05-0060 DFL GGH P

12      vs.

13  DR. B. WILLIAMS, et al.,

14          Defendants.                   NOTICE OF SUBMISSION

15  _____/               OF DOCUMENTS

16          Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18          ___One___        completed summons form

19          ___One___        completed USM-285 forms

20          ___Two___        copies of the _January 11, 2005_
                                         Complaint

21  DATED:

22
23
                                          _____
24                                        Plaintiff

25
26