IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD REED,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**DR. WILLIAMS, et al.,**<br><br>                                    Defendants. | CIV S-05-0060 DFL GGH P<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The Court having considered defendants' request for an extension of time to file a responsive pleading, and good cause having been shown:

**IT IS HEREBY ORDERED**:  Defendants shall be granted an extension of time, of thirty days, to and including October 6, 2005, to file a responsive pleading.

DATED: 9/13/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

reed0060.po