IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

    Plaintiff,                    No. CIV S-05-0060 DFL GGH P

    vs.

DR. B. WILLIAMS, et al.,

    Defendants.              <u>ORDER</u>

_____/

       By order filed on August 18, 2005, plaintiff was granted sixty days to complete the required documents in order to effect service upon defendant T. Frates, for whom an unexecuted waiver of service had been returned. Plaintiff has filed the forms with another address for defendant Frates which he received from a correctional officer, but has yet to hear from various CDC officials to whom, on September 5, 2005, he sent requests, pursuant to Cal. Govt. Code §6250 et seq., for a corrected address. Plaintiff includes copies of his letters of inquiry and seeks a 14-day extension of time to determine whether the address he has been given is validated by any response to his letters.

       Accordingly, IT IS ORDERED that:

       1. Plaintiff's request for an extension of time is granted;

       2. Within 14 days, plaintiff must supply the court with a final corrected address for

1

defendant T. Frates on a new USM-285 form, or he must inform the court that he elects to proceed with service upon defendant Frates at San Quentin State Prison with the USM-285 form filed in this court as of October 20, 2005; if necessary, he may seek judicial intervention to obtain an updated address within the same 14-day period; and

        3. As plaintiff has otherwise provided the requisite forms and copies to effect re-service, the Clerk of the Court is directed to provide plaintiff with a new USM-285 form to complete and return to the court for any further corrected address for defendant Frates that he is reliably provided.

DATED: 10/31/05

                                                /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS  
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009  
reed0060.eot