IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

      Plaintiff,                    No. CIV S-05-0060 DFL GGH P

    vs.

DR.B. WILLIAMS, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendant's October 6, 2005 motion to dismiss and has concurrently submitted said opposition.

        In addition, plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 31, 2005 motion for an extension of time to file an opposition to defendant Silva's October 6, 2005 motion to dismiss is denied as unnecessary, as the opposition has been timely filed; and

2. Plaintiff's October 31, 2005 motion for the appointment of counsel is denied.

DATED: 11/8/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
reed0060.31+