IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

    Plaintiff,                    No. CIV S-05-0060 DFL GGH P

    vs.

DR. B. WILLIAMS, et al.,           ORDER

    Defendants.
_____/

        By order filed on October 31, 2005, plaintiff was directed either to supply the court with a final corrected address for defendant T. Frates, upon whom service had been returned unexecuted, on a new USM-285 form, or to inform the court that he elected to proceed with service upon defendant Frates at San Quentin State Prison with the USM-285 form filed in this court as of October 20, 2005. If necessary, plaintiff was informed that he could seek judicial intervention to obtain an updated address.

        By order filed on August 18, 2005, plaintiff had been granted sixty days to complete the required documents in order to effect service upon defendant T. Frates. Plaintiff filed the forms with another address, the one at San Quentin, for defendant Frates, an address which he received from a correctional officer, but had yet to hear from various CDC officials to whom, on September 5, 2005, he had sent requests, pursuant to Cal. Govt. Code §6250 et seq.,

1

for a corrected address. Plaintiff included copies of his letters of inquiry and was granted a 14-day extension of time to hear a response to his inquiries on October 31, 2005.

By filing in this court on November 15, 2005, in a request dated November 10, 2005 by the mailbox rule, plaintiff timely informed the court that he has yet to receive a response from any officials to whom his inquiry was directed verifying the San Quentin address for T. Frates and now seeks judicial intervention.

Defendants' counsel shall query the Department of Corrections to ascertain the whereabouts of defendant T. Frates. If defendant Frates is still employed with the Department of Corrections or any other California state agency, counsel shall provide the business address to plaintiff. If counsel is otherwise informed of the business address of defendant Frates, counsel shall provide the address to plaintiff. In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business address of defendant Frates, counsel shall so inform the court. Defendants' counsel shall file and serve the appropriate response within fifteen days of the filed date of this order.

IT IS SO ORDERED.

DATED: 11/23/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:009
reed0060.jud