IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD REED,** | 2:05-CV-0060-DFL-GGH-P |
| Plaintiff, | **ORDER** |
| v. | |
| **DR. WILLIAMS, et al.,** | |
| Defendants. | |

The Court, has considered Defendant's request for an extension of time to serve responses to Plaintiff's request for production of documents, interrogatories, and requests for admissions, and finds good cause for the request.

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, to and including, 30 days from the date of this order to serve responses to Plaintiff's discovery requests. There will be no further extension of time.

Dated: 4/11/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

reed0060.po

[Proposed] Order

1