IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD REED,** | 2:05-CV-0060-DFL-GGH-P |
| Plaintiff, | **ORDER** |
| v. | |
| **DR. WILLIAMS, et al.,** | |
| Defendants. | |

The Court, has considered Defendant's second request for an extension of time to serve responses to Plaintiff's request for production of documents and interrogatories, and finds good cause for the request.

**IT IS HEREBY ORDERED**: Defendant shall be granted a second extension of time, to and including, June 15, 2006, to serve responses to Plaintiff's discovery requests. DO NOT ASK FOR FURTHER EXTENSIONS.

Dated: 5/19/06                                     /s/ Gregory G. Hollows
                                                   _____
                                                   The Honorable Gregory G. Hollows

reed0060.po2

[Proposed] Order

1