IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

      Plaintiff,                     No. CIV S- 05-0060 DFL GGH P

    vs.

DR. B. Williams, et al.,

      Defendants.          ORDER

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff filed a request for a discovery order to be issued following defendant T. Frates' answer filed on February 21, 2006.  A discovery order in this case previously issued on October 28, 2005, upon the filing of an answer by defendants Moore and Williams.

        Accordingly, IT IS ORDERED that plaintiff's July 24, 2006, request for an additional discovery order is denied.

DATED: 8/4/06

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
reed0060.rsq

1