IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

    Plaintiff,                                     No. CIV S-05-0060 DFL GGH P

    vs.

DR. B. WILLIAMS,

    Defendants.                            <u>ORDER</u>

_____/

        Pursuant to the letter request dated September 20, 2006, the King Hall Civil Rights Clinic has until September 28, 2006, to inform the court of their decision regarding whether to represent plaintiff in this case. The Clerk of Court is directed to serve a copy of this order on King Hall Civil Rights Clinic.

DATED: 9/25/06                                  /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:035
reed0060.KH

1