IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD REED,**<br><br>                                      Plaintiff,<br><br>v.<br><br>**DR. WILLIAMS, et al.,**<br><br>                                      Defendants. | 2:05-cv-0060 DFL GGH P<br><br>**ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT MOORE'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** |

The Court, has considered Defendant Moore's request for an extension of time to serve responses to Plaintiff's second set of interrogatories and request for production of documents finds good cause for the request.

**IT IS HEREBY ORDERED**: Defendant Moore shall be granted an extension of time, to and including, October 28, 2006, to serve responses to Plaintiff's interrogatories and request for production of documents.  **No further extensions.**

Dated:  10/5/06                                      /s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows
United States Magistrate Judge

reed0060.po3

*[Proposed] Order*

1