IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD REED,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**DR. WILLIAMS, et al.,**<br><br>                                        Defendants. | 2:05-cv-0060 DFL GGH P<br><br>**ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT FRATES' RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

   The Court has considered Defendant Frates' Request for an extension of time to serve responses to Plaintiff's first set of interrogatories.

   **IT IS HEREBY ORDERED**:  Defendant Frates shall be granted an extension of time, to and including, November 16, 2006, to serve responses to Plaintiff's first set of interrogatories. **No further extension of time.**


Dated: 10/23/06                              /s/ Gregory G. Hollows
                                             _____
                                             The Honorable Gregory G. Hollows
                                             United States Magistrate Judge

reed0060.po4

*[Proposed] Order*

1