IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

      Plaintiff,                           No. CIV S-05-0060 RRB GGH P

    vs.

DR. WILLIAMS, et al.,

      Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. As this matter now proceeds on a second amended complaint, filed on January 12, 2007; and documents have been ordered to be produced on August 23, 2007, for in camera review, the court now vacates the pretrial and trial dates set forth in the scheduling order, filed on November 29, 2006. Defendants have apparently elected, pursuant to the this court's order, filed on July 25, 2007, to rest on their prior answers.

        The pretrial and trial dates will be re-set at a later date.

        Accordingly, IT IS ORDERED that:

        1. The pretrial and trial dates are vacated from the November 29, 2006, scheduling order, to be re-set at a later date;

\\\\\

2. Defendants' August 17, 2007, request for an extension of time to file their pretrial statement is denied as moot.

DATED:  8/22/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
reed0060.vac