IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

    Plaintiff,   No. CIV S-05-0060 RRB GGH P

  vs.

DR. WILLIAMS, et al.,

    Defendants.   DISCOVERY PROTECTIVE ORDER

_____/

        Pursuant to this court's Order, filed on 10/18/07, defendants were directed to disclose Inmate Thornton's (CDCR No. P-76816) prison disciplinary records, pursuant to a protective order. Defendants' amended proposed protective order was filed on 11/16/07. Plaintiff filed what he entitled "partial opposition to the proposed order," on 11/08/07.[1] The court has reviewed plaintiff's objections and, as to the proposed elimination of all identifying information as to correctional personnel involved in the disciplinary matters to be disclosed, his point is well-taken with respect to defendants' specific proposed omission of badge numbers, and

---

[1] Plaintiff was responding to the initial proposed order, which was filed on 11/01/07. The court directed defendants' attention, by Order, filed on 11/08/07, to a confusing error in the proposed order, which resulted in the filing of the amended proposed order, referenced above.

1

1 the court has made the appropriate modifications.[2]

**A. CONFIDENTIAL MATERIAL SUBJECT TO THIS PROTECTIVE ORDER**

During the course of discovery, plaintiff requested certain confidential documents pertaining to the disciplinary history on inmate Sean Charles Thornton, P-76816 (the confidential material). By order of October 18, 2007, the Court determined that disciplinary records from June 2001, to December 4, 2004, are relevant to Plaintiff's claims, and shall be disclosed to Plaintiff, subject to the following protective order.

**B. CONDITIONS FOR RELEASE OF CONFIDENTIAL MATERIAL**

Because of their relevance to this action, counsel for Defendants will produce the confidential material, subject to this protective order, on the following conditions:

1. Personal information, e.g., social security numbers, birth dates, etc., if any, shall be redacted from the confidential material. This provision specifically excludes from redaction the name and badge number of any CDCR employee identified in the disciplinary matters to be disclosed;

2. The confidential material may be disclosed only to the following persons:

    (a) Plaintiff Ronald Reed, J-75129, and defendants Frates, Moore, and Williams, and their attorneys;

    (b) Court personnel and stenographic reporters engaged in such proceedings as are incidental to the preparation for the trial in this action;

    (c) Witnesses to whom the confidential material may be disclosed during or in preparation for trial and trial, provided that the witness may not retain possession of any of the confidential material, and shall be informed and agree to be bound by the terms of this order; and

---

[2] As to his contention that he will need multiple copies of the disciplinary records for use at trial, the objection is overruled. Defendants can provide any needed copies for plaintiff at trial.

    (d)  Plaintiffs' counsel, if and when plaintiff retains counsel to represent him in this action;

  3.  Plaintiff shall make no copies of the confidential material;

  4.  All parties shall return all confidential material to the attorney for defendants Frates, Moore, and Williams within 5 days of the time it is no longer needed for purposes of this litigation.

  5.  No confidential material obtained by plaintiff or any other party pursuant to this protective order shall be disclosed except as is necessary in connection with this or related litigation, including appeals, and not for any other purpose, including any other litigation.

  6.  Nothing in this protective order is intended to prevent officials or employees of the State of California, or other authorized government officials, from having access to confidential material to which they would have access in the normal course of their official duties.

  7.  The provisions of this protective order are without prejudice to the right of any party:

    (a)  To apply to the Court for a further protective order relating to any confidential material or relating to discovery in this litigation;

    (b)  To apply to the Court for an order removing the confidential material designation from any documents;

    (c)  To object to a discovery request.

  8.  The provisions of this order shall remain in full force and effect until further order of this Court.

DATED: 11/21/07        /s/ Gregory G. Hollows

                  _____
                  GREGORY G. HOLLOWS
                  UNITED STATES MAGISTRATE JUDGE

GGH:009
reed0060.ptv