IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**RONALD REED,**

        Plaintiff,

        v.

**DR. WILLIAMS, et al.,**

        Defendants.

2:05-cv-0060 JAM GGH P

**ORDER**

    Defendants' request for a modification of the Scheduling Order by extending the discovery deadline date was considered by this Court. Good cause appearing, IT IS ORDERED that Defendants have an extension of time to and including September 28, 2008, in which to conduct Plaintiff's deposition.

Dated: 09/08/08        /s/ Gregory G. Hollows

                                    United States Magistrate Judge

reed0060.eot

Order