IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD REED,** | 2:05-cv-0060 JAM GGH P |
| Plaintiff, | ORDER |
| v. | |
| **DR. WILLIAMS, et al.,** | |
| Defendants. | |

GOOD CAUSE having been demonstrated, IT IS ORDERED that:

(1) Defendants Motion to Compel Plaintiff's Reappearance at Deposition, filed on 10/06/07 (# 107), is GRANTED.

(2) The discovery deadline is extended thirty days from the date of this Order for the purpose of taking Plaintiff's deposition.

(3) Plaintiff is ordered to give his deposition once re-noticed by Defendants.

(4) Defendants may depose plaintiff for up to seven hours.

(5) Where appropriate, plaintiff may interpose a concise objection for the record; any objection, however, does not constitute a ground for refusing to provide a substantive response.

\\\\\

\\\\\

\\\\\

1

1     (6) A refusal to obey this order may result in sanctions, including dismissal of the case.

2   DATED: 10/20/08         /s/ Gregory G. Hollows

3                                   GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

4   reed0060.mtc

2