1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                   SACRAMENTO DIVISION

11

| | |
|---|---|
| **RONALD REED,** | 2:05-cv-0060 JAM GGH P |
| Plaintiff, | **ORDER** |
| **v.** | |
| **DR. WILLIAMS, et al.,** | |
| Defendants. | |

17        Defendants' request for an extension of time to file a reply brief in support of their motion

18   for summary judgment was considered by the court, and good cause appearing.

19        **IT IS HEREBY ORDERED** that Defendants have an additional seven days from the date

20   Defendants' reply brief is due, up to and including December 29, 2008, in which to file their

21   reply brief in support of their motion to dismiss.

22   Dated: December 23, 2008

23                                              /s/ Gregory G. Hollows

24                                   _____

25                                       UNITED STATES MAGISTRATE JUDGE

26

27   reed0060.eot2

28

[Proposed] Order

1