IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

    Plaintiff,               No. 2: 05-cv-0060 JAM KJN P

    vs.

B. WILLIAMS, et al.,

    Defendants.         <u>AMENDED ORDER</u>

_____/

This action is ready to be scheduled for trial as to the remaining claims against defendants Moore and Frates. Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial conference is scheduled for October 1, 2010; plaintiff shall file his pretrial statement on or before **September 10, 2010**, defendants' pretrial statement is due on or before **September 24, 2010**;

2. Jury trial is scheduled before the Honorable John A. Mendez on **December 13, 2010**, at 9:00 a.m.

DATED: July 12, 2010

                                _/s/ Kendall J. Newman_____
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

reed60.sch.amd