IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

      Plaintiff,                    No. 2: 05-cv-0060 JAM KJN P

     vs.

B. WILLIAMS, et al.,

      Defendants.             <u>ORDER</u>

_____/

       On July 7, 2010, plaintiff filed a motion requesting that he be permitted to call inmate Thornton as a witness at trial. For the reasons stated in the concurrently issued pretrial order, this motion is granted. On September 24, 2010, plaintiff filed a motion requesting that he be permitted to call other inmate witnesses at trial. For the reasons stated in the concurrently issued pretrial order, this motion is granted in part and denied in part.

       On September 24, 2010, defendants filed a motion for a four day extension of time to file their pretrial statement. The grounds of this request were that defense counsel had not yet received all relevant documents required for preparation of the pretrial statement. Good cause appearing, this request is granted.

       Pursuant to the concurrently issued pretrial order, the Clerk of the Court is directed to send plaintiff six subpoena forms.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to call inmate Thornton as a witness (Dkt. No. 152) is granted;

2. Plaintiff's motion for incarcerated witnesses (Dkt. No. 153) is granted in part and denied in part as set forth in the concurrently filed Pretrial Order;

3. Defendants' motion for an extension of time to file their pretrial statement (Dkt. No. 154) is granted;

4. The Clerk of the Court shall send plaintiff six subpoena forms.

DATED: October 12, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

reed60.ord