# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA


RONALD REED,

        Plaintiff,               No. 2:05-cv-0060 JAM KJN P

   vs.

DR. B. WILLIAMS, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
_____/    **AD TESTIFICANDUM**

      Robert Reed, inmate # J-75129, a necessary and material witness in proceedings in this case on December 14, 2010, is confined in Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, California, 95640, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 14th Floor, Courtroom 6, United States Courthouse, 501 I Street, Sacramento, California on December 14, 2010, at 1:30 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.


## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, California, 95640:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  November 18, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE