IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

      Plaintiff,                            No. 2: 05-cv-0060 JAM KJN P

     vs.

B. WILLIAMS, et al.,

      Defendants.                   <u>ORDER</u>

        This action is set for jury trial before the Honorable John A. Mendez on December 14, 2010. On October 7, 2010, plaintiff filed a motion in limine requesting that he be allowed to call Dr. Craig Lovett as an expert witness. In his pretrial statement, plaintiff also listed Dr. Lovett as a witness. The pretrial order listed Dr. Lovett as one of plaintiff's witnesses, rejecting defendants' argument that plaintiff's expert disclosure was untimely.

        In the October 7, 2010 motion in limine, plaintiff also requests that a subpoena be issued for Dr. Lovett. Accordingly, the Clerk of the Court is directed to send plaintiff a subpoena form. Plaintiff is reminded that the November 29, 2006 scheduling order states that he is required to submit the subpoena to the U.S. Marshal along with the daily witness fee and witness travel expenses.

////

1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall send
2 | plaintiff one subpoena form.
3 | DATED: November 18, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

re60.pt