IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

     Plaintiff,          No. 2:05-cv-0060 JAM KJN P

  vs.

B. WILLIAMS, et al.,

     Defendants.    <u>ORDER</u>

_____/

       On November 9, 2010, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 3, 2010, denying plaintiff's request to call inmate Larry Lavell as a witness at trial. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 3, 2010, is affirmed.

DATED: 12/6/2010

                                      /s/ John A. Mendez
                                      UNITED STATES DISTRICT JUDGE

/reed0060.850