IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

      Plaintiff,                       No. 2: 05-cv-0060 JAM KJN P

   vs.

B. WILLIAMS, et al.,

      Defendants.              <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2010, judgment was entered after a jury verdict for defendants. Plaintiff has appealed to the Ninth Circuit Court of Appeals.

        On May 9, 2011, plaintiff filed a letter with the court stating that this court has denied his request for transcripts, and his request for transcripts is pending with the Ninth Circuit. Plaintiff then states that Federal Rule of Appellate Procedure 10(e) provides that, "Where the appellant is proceeding in forma pauperis, appellant shall prepare a CJA Voucher Form 24 and submit the voucher to the district court along with the designation form." Plaintiff then requests that the court send him a CJA Voucher Form 22 along with a designation form.

        Federal Rule of Appellate Procedure 10 does not mention CJA Vouchers. However, Rule 10-3.2(e) of the Rules of the Ninth Circuit Court of Appeals provides that in

1

*criminal appeals*, where the appellant is proceeding in forma pauperis, the appellant shall prepare a CJA Voucher Form 24 and submit the voucher to the district court with the designation form. Because plaintiff is not appealing from a criminal action, his request for a CJA Voucher Form 22 and a designation form is disregarded.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a CJA Voucher Form 22 and a designation form is disregarded.

DATED: May 13, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

re60.tra

2