IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

    Plaintiff,                    No.  2: 05-cv-0060 JAM KJN P

   vs.

DR. B. WILLIAMS, et al.,

    Defendants.               <u>ORDER</u>

_____/

       On December 20, 2010, judgment was entered following a jury trial.  On March 21, 2013, the Ninth Circuit Court of Appeals affirmed the judgment.

       Pending before the court are plaintiff's February 1, 2011 motion for permission to appeal and February 3, 2011 motion to stay pending a ruling on the motion to appeal.  Because judgment has been affirmed by the Ninth Circuit, plaintiff's pending motions are moot.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's February 1, 2011 motion to appeal (Dkt. No. 250) and motion to stay (Dkt. No. 254) are denied as moot.

DATED:  March 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

reed60.ord

1